Christopher VALLES, Plaintiff–Appellant,

v.

M. BARAJAS, Defendant–Appellee.

No. 13–16165.

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2016.*

Filed March 23, 2016.

Christopher Valles, Chino, CA, pro se.

Jesse Manuel Rivera, Esquire, Rivera & Associates, Sacramento, CA, for Defendant–Appellee.

Before: GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

MEMORANDUM **

California state prisoner Christopher Valles appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Valles failed to raise a genuine dispute of material fact as to whether defendant Barajas was deliber-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ately indifferent in treating the diabetic ulcer on Valles's toe. *See id.* at 1057–60 (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to an inmate's health; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

We do not consider arguments, allegations, or evidence raised for the first time on appeal. *See Padgett v. Wright,* 587 F.3d 983, 985 n. 2 (9th Cir.2009); *Kirshner v. Uniden Corp. of Am.,* 842 F.2d 1074, 1077 (9th Cir.1988).

All outstanding motions and requests are denied.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.